FILED
2013 Oct-21 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN ALLEN GLADDEN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Case No. 2:12-cv-01936-RDP-HGD** |
| ) | |
| **BLOUNT COUNTY, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On October 7, 2013, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. #21). On October 16, 2013, Petitioner filed objections to the Magistrate Judge's Report and Recommendation. (Doc. #22).

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation and Petitioner's objections thereto, the court hereby **ADOPTS** the report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this ____21st____ day of October, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE